[No. 7742–2–I. Division One. June 30, 1980.]

THE STATE OF WASHINGTON , *Respondent,* v. CHARLES E. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88962, Francis E. Holman, J., entered May 30, 1979. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Swanson and Dore, JJ.

[No. 7680–9–I. Division One. June 30, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL PAUL SPICKLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89173, Frank H. Roberts, Jr., J. entered May 4, 1979. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Swanson and Dore, JJ.

[No. 7524–1–I. Division One. June 30, 1980.]

JOHN W. FLYNN, ET AL, *Appellants,* v. THE CITY OF KIRKLAND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 855092, Frank H. Roberts, Jr., J., entered March 14, 1979. *Reversed* and *remanded* by unpublished opinion per Callow, C.J., concurred in by Swanson and Ringold, JJ.

[No. 7400–8–I. Division One. June 30, 1980.]

LEAD COMPANY, *Appellant,* v. HARBOR LAND COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 55283, Marshall Forrest, J., entered January 26, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Callow, C.J., and Swanson, J.